**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | August 28, 2020 |
| **Bankruptcy Case** | 20 B 05182 | **Adversary No.** | |
| **Title of Case** | Lawrence Boyd and Odessa Boyd | | |

**Brief Statement of Motion**

Objection to Claim No. 9 of Flagstar Bank, FSB

(Re: Docket No. 25)

**Names and Addresses of moving counsel**

Christine H. Clar
David M. Siegel & Associates

790 Chaddick Drive

Wheeling, Illinois 60090

**Representing**    Debtors

## ORDER

**Discovery cutoff is October 9, 2020.**

**Status hearing is set for October 9, 2020, at 10:30 a.m.**

/s/ A. Benjamin Goldgar    nc