**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **Honorable** | A. Benjamin Goldgar | **Hearing Date** | October 9, 2020 |
| **Bankruptcy Case** | 20 B 05182 | **Adversary No.** | |
| **Title of Case** | Lawrence Boyd and Odessa Boyd | | |

| | |
|---|---|
| **Brief Statement of Motion** | Objection to claim No. 9 of Flagstar |
| | (Re: docket entry no. 25) |
| **Names and Addresses of moving counsel** | Christine H. Clar<br>David M. Siegel & Assoc., LLC<br>790 Chaddick Drive<br>Wheeling, Illinois 60090 |
| **Representing** | Debtors |

**ORDER**

**Discovery cutoff is extended to October 30, 2020.**

**Status hearing is set for October 30, 2020, at 10:30 a.m.**

*/s/ A. Benjamin Goldgar*