Fill in this information to identify the case:

Debtor 1   Lawrence Boyd

Debtor 2   Odessa Boyd
(Spouse, if filing)

United States Bankruptcy Court for the: **Northern** District of **IL**

Case number   20-05182

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**
**File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.**

Name of creditor: <u>Flagstar Bank, FSB</u>             Court Claim No. (if known):   9

Last 4 Digits of any number you use
to identify the debtor's account:       XXXXXX4257

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**
☒ No
☐ Yes   Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1  Late charges | | (1) | $ |
| 2  Non-sufficient funds (NSF) fees | | (2) | $ |
| 3  Attorney Fees | | (3) | $ |
| 4  Filing fees and court costs | | (4) | $ |
| 5  Bankruptcy/proof of claim fees | 05/04/2020 | (5) | $300.00 |
| 6  Appraisal/Broker's price opinion fees | | (6) | $ |
| 7  Property inspection fees | 03/23/2020, 04/20/2020, 05/20/2020, 07/19/2020 | (7) | $100.00 |
| 8  Tax advances (non-escrow) | | (8) | $ |
| 9  Insurance advances (non-escrow) | | (9) | $ |
| 10  Property preservation expenses. Specify: | | (10) | $ |
| 11  Other    Specify   Plan Review | 03/13/2020 | (11) | $150.00 |
| 12  Other    Specify   Plan Objection | 03/18/2020 | (12) | $100.00 |
| 13  Other    Specify   410A Form Preparation | 05/04/2020 | (13) | $250.00 |
| 14  Other    Specify | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C 1322(b)(5) and Bankruptcy Rule 3002.1.

Official form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    Page 1

Debtor 1: Lawrence Boyd                                     Case Number (if Known): 20-05182

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number
*Check the appropriate box*

☐ I am the creditor)
☐ I am the creditor's authorized agent)

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information and reasonable belief**

X  */s/ Marc G. Wagman*
    Signature                                                             Date  August 6, 2020

Print  **Marc          G             Wagman**                             Title  Attorney for Creditor
       First Name   Middle Name   Last Name

Company  **Potestivo & Associates, P.C.**

Address  223 W Jackson Blvd., Suite 610
         Number                Street

         Chicago              IL           60606
         City                 State        ZIP Code

Contact
phone    312-263-0003                      Email    mwagman@potestivolaw.com

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C 1322(b)(5) and Bankruptcy Rule 3002.1.

Official form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    Page 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

IN RE:

   Lawrence Boyd                                    Case No. 20-05182
   Odessa Boyd                                      Chapter 13
                                                          Judge A. Benjamin Goldgar

                Debtors,
_____/

**AFFIDAVIT OF SERVICE**

I, Jennifer DeJaeghere, state that on the 6th day of August 2020, I served a copy of the Notice of Postpetition Mortgage Fees, Expenses, and Charges and Proof of Service of same upon:

    Lawrence Boyd                      David M. Siegel
    Odessa Boyd                         David M. Siegel & Associates
    17515 W. Stillwater Court        790 Chaddick Drive
    Gurnee, IL 60031                  Wheeling, IL 60090

    Glenn B Stearns                  Patrick S Layng
    801 Warrenville Road           Office of the U.S. Trustee, Region 11
    Suite 650                           219 S Dearborn St
    Lisle, IL 60532                    Room 873
                                          Chicago, IL 60604

by placing same in a well sealed envelope, by first class mail, with the proper prepaid postage thereon and depositing same in a United States Mail receptacle in the City of Rochester, State of Michigan to Debtors and via CM-ECF electronic filing to Debtors' Attorney, Trustee, Office of the U.S. Trustee, and the U.S. Bankruptcy Court.

                                                              ***/s/ Jennifer DeJaeghere***
                                                                Jennifer DeJaeghere

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C 1322(b)(5) and Bankruptcy Rule 3002.1.

Official form 410S2    Notice of Postpetition Mortgage Fees, Expenses, and Charges    Page 3

Flagstar Bank, Referral





Flagstar Bank, Referral



Flagstar Bank, Referral





Flagstar Bank, Referral





Flagstar Bank, Referral





Flagstar Bank, Referral





Flagstar Bank, Referral



